No. 17,291.

B. B. CARTER DRILLING COMPANY *v.* McELROY.
(273 P. [2d] 634)

Decided August 16, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. A. E. SMALL, JR., Mr. ALBERT LATHAM, JR., for plaintiff in error.

Mr. THOMAS K. HUDSON, for defendant in error.